IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01265-PSF-PAC

WEST PALM BEACH FIREFIGHTERS PENSION FUND, On Behalf of Itself and All Others
Similarly Situated,

      Plaintiff(s),

v.

STARTEK, INC.,
A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
TONI E. STEPHENSON, and
PAMELA S. OLIVER,

      Defendant(s).

---

**ORDER OF RECUSAL**

---

Because my daughter is employed with the law office of Cooley Godward, attorneys

of record in the above captioned case, and because Cooley Godward has asked that I not

be assigned to its cases, I formally recuse myself from this matter and request that it be

reassigned to another United States Magistrate Judge.

      Dated:  August 2, 2005.

                             BY THE COURT:

                             s/ Patricia A. Coan
                             PATRICIA A. COAN
                             United States Magistrate Judge