IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01265-PSF-OES
(Consolidated with 05-cv-01344-PSF-OES)

WEST PALM BEACH FIREFIGHTERS' PENSION FUND,
On Behalf of Itself and All Others Similarly Situated,

    Plaintiff,

v.

STARTEK, INC.,
A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
TONI E. STEPHENSON, and
PAMELA S. OLIVER,

    Defendants.

---

Civil Action No. 05-cv-01344-PSF-OES
(Consolidated with 05-cv-01265-PSF-OES)

JOHN ALDEN, Individually and on behalf of All Others Similarly Situated,

    Plaintiff,

v.

STARTEK, INC.,
A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
TONI E. STEPHENSON, and
PAMELA S. OLIVER,

    Defendants.

## ORDER OF CONSOLIDATION

THIS MATTER is before the Court on the parties Stipulated Motion for Consolidation (Dkt. # 9).  Pursuant to F.R.Civ.P. 42(a), the Court finds that the above two actions involve common questions of law or fact, including common parties and common claims, before this Court.

FURTHER, the Court finds that consolidation of these two cases will avoid unnecessary costs and delays.  Therefore, it is

ORDERED that the two actions are consolidated under the earlier numbered case.  The undersigned Judge and Magistrate Judge Schlatter will preside over both actions.

DATED:  August 16, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge