IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01265-WDM-MEH
(Consolidated with Civil Action No. 05-cv-01344-WDM-MEH)

WEST PALM BEACH FIREFIGHTERS' PENSION FUND,
On Behalf of Itself and All Others Similarly Situated,

     Plaintiff,

v.

STARTEK, INC., et al.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2009.**

     The Stipulated Motion to Vacate the May 26, 2009 Scheduling Conference and Joint Status Report [filed May 19, 2009; docket #83] is **granted**. The Scheduling Conference set for May 26, 2009, is hereby **vacated**. The parties shall submit a status report regarding client approval of settlement on or before **May 29, 2009**.