IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Bernique Abiakam          Date: October 8, 2009
Court Reporter: Kara Spitler

Civil Action No. 05-cv-01265-WDM-MEH

| Parties: | Counsel: |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, et al., | Kip Shuman<br>Keith Park<br>Henry Rosen |
|     Plaintiffs, | |
| v. | |
| STARTEK, INC., et al., | Jeffrey Smith<br>Michael N. Stefanoudakis |
|     Defendants. | |

COURTROOM  MINUTES

**Motions Hearing**

**9:04 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary statement.

Discussion regarding schedule for final approval hearing.

Further discussion regarding calculation of claims, and settlement language.

**ORDERED:  Unopposed Motion For Prelminary Approval Of Class Action Settlement (Filed 9/3/09; Doc. No. 89) is GRANTED.  In addition, counsel shall submit their forms in Word Perfect format with recommended dates.**

*05-cv-01265-WDM*
*Motions Hearing*
*October 8, 2009*

**ORDERED:   The Final Approval Hearing is set on December 17, 2009 at 1:30 p.m.**

**9:32 a.m.      Court in recess.**
Hearing concluded.
Time:  00:28