IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Bernique Abiakam　　　　Date: December 17, 2009
Court Reporter: Janet Coppock

Civil Action No. 05-cv-01265-WDM-MEH
(Consolidated with 05-cv-01344-WDM-MEH)

| Parties: | Counsel: |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, et al., | Kip Shuman  Keith Park  Henry Rosen |
| Plaintiffs, | |
| v. | |
| STARTEK, INC., et al., | Jeffrey Smith  Michael N. Stefanoudakis |
| Defendants. | |

COURTROOM MINUTES

**Motions Hearing**

**1:35 p.m.    Court in session.**

Court calls case. Appearances of counsel.

Court's preliminary statement.

1:36 p.m.    Argument by Mr. Park. Questions by the Court.

The Court states that there have been no appearances by any attorney purported to represent any class member and no individual is present asking to appear.

1:38 p.m.    Further argument by Mr. Park. Questions by the Court.

*05-cv-01265-WDM-MEH (consolidated with 05-cv-01344-WDM-MEH)*
*Motions Hearing*
*December 17, 2009*

1:47 p.m.     Argument by Mr. Smith.

Comments and rulings by the Court.

**ORDERED:  Lead Plaintiff's Motion For Final Approval Of Class Action Settlement, Plan Of Allocation Of Settlement Proceeds, And Application By Lead Plaintiff's Counsel For An Award Of Attorneys' Fees And Expenses (Filed 11/5/09; Doc. No. 96) is GRANTED.**

**1:51 p.m.     Court in recess.**
Hearing concluded.
Time:  00:16